UNITED STATES v. UTARD.

(Circuit Court, S. D. New York. January 21, 1899.)

No. 2,543.

CUSTOMS DUTIES—CLASSIFICATION—SMELLING SALTS.

Perfumed smelling salts were dutiable as chemical salts, under paragraph 60 of the act of 1894 (28 Stat. 511), and not as articles of perfumery, under paragraph 61.

This was an application by the United States for a review of the decision of the board of general appraisers in respect to the classification for duty of certain imported merchandise.

Albert Comstock, for appellant.

Henry C. Platt, Asst. U. S. Atty.

WHEELER, District Judge. These are perfumed smelling salts, and have been held by the board of general appraisers to be dutiable, as chemical salts, at 25 per cent., under paragraph 60 of the act of 1894 (28 Stat. 511). They were claimed to be dutiable, as "articles of perfumery," at 40 per cent., under paragraph 61, and that they are covered by ammonia, in paragraph $8\frac{1}{2}$ is now suggested. Articles of perfumery are understood to be things that perfume other things; these are things so perfumed. And they seem so well found to be specifically chemical salts that the finding should stand. Decision affirmed.